# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| ANTHONY J. SABELLA, | : No. 702 MAL 2014 |
| | : |
| Petitioner | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| | : |
| | : |
| | : |
| ESTATE OF GUS MILIDES, MARY | : |
| SHANNON, PERSONAL | : |
| REPRESENTATIVE AND BARBARA | : |
| RUSH RENKERT, | : |
| | : |
| Respondents | : |

## ORDER

**PER CURIAM**

 **AND NOW**, this 9th day of March, 2015, the Petition for Allowance of Appeal is **DENIED**.